**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jagpreet Singh,
Petitioner,
v.
Luis Rosa, Jr., et al.,
Respondents.

No. CV-26-06287-PHX-SMB

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 3.) In the Response, Respondents state: "To the extent Petitioner seeks an individualized bond hearing pursuant to 8 U.S.C. § 1226(a), Respondents do not oppose the habeas petition nor the requested relief." (Doc. 8.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2) Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3) Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 15th day of September, 2026.

Honorable Susan M. Brnovich
United States District Judge