**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jagpreet Singh,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-06287-PHX-SMB

**ORDER**

On September 15, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and directed Respondents to provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the same conditions that existed before Petitioner's detention. (Doc. 9.) On September 23, 2026, Petitioner filed an Emergency Motion to Enforce Judgment and Order Petitioner's Immediate Release, indicating he did not receive an individualized custody redetermination hearing. (Doc. 11.) In response, Respondents stated "Respondents do not oppose Petitioner's immediate release from DHS custody." (Doc. 15.)

**IT IS THEREFORE ORDERED** Petitioner's Motion to Enforce (Doc. 11) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

…

…

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two days of this Order.

Dated this 6th day of October, 2026.

Honorable Susan M. Brnovich
United States District Judge